## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**NORTHEASTERN PENNSYLVANIA** :
**FREETHOUGHT SOCIETY,**
:
    **Plaintiff**                      **CIVIL ACTION NO. 3:15-0833**
:
    **v**
:          **(JUDGE MANNION)**
**COUNTY OF LACKAWANNA**
**TRANSIT SYSTEM (COLTS),**    :

    **Defendant**               :

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the motion to dismiss plaintiff's complaint of defendant COLTS, (Doc. 6), is **DENIED**. COLTS is directed to file its answer to plaintiff's complaint within fourteen (14) days of the date of this Order.

                                            s/ *Malachy E. Mannion*
                                            **MALACHY E. MANNION**
                                            **United States District Judge**

**Dated: January 27, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0833-01-Order.wpd