## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

NORTHEASTERN PENNSYLVANIA :
FREETHOUGHT SOCIETY,
:

     **Plaintiff**             **CIVIL ACTION NO. 3:15-0833**
:

     **v**
:      **(JUDGE MANNION)**

COUNTY OF LACKAWANNA
TRANSIT SYSTEM (COLTS),    :

     **Defendant**     :

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** COLTS' motion for summary judgment, (Doc. 30), regarding plaintiff's First Amendment claims is **DENIED**. Plaintiff's motion for summary judgment, (Doc. 32), is also **DENIED**. By separate Order, the court will schedule a final pre-trial conference.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: April 10, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0833-02-Order.wpd