# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

NORTHEASTERN PENNSYLVANIA :
FREETHOUGHT SOCIETY,
: CIVIL ACTION NO. 3:15-833

    Plaintiff : (JUDGE MANNION)

    v. :

COUNTY OF LACKAWANNA :
TRANSIT SYSTEM,
:
    Defendant
:

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Judgment is entered in favor of the defendant, County of Lackawanna Transit System ("COLTS"), and against the plaintiff, Northeastern Pennsylvania Freethought Society ("Freethought").

**(2)** The Clerk of Court is directed to **CLOSE THIS CASE**.

                                    s/ *Malachy E. Mannion*
                                    **MALACHY E. MANNION**
                                    **United States District Judge**

**Date: July 9, 2018**