# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHEASTERN PENNSYLVANIA FREETHOUGHT SOCIETY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LACKAWANNA TRANSIT SYSTEM,<br><br>Defendant. | Civil Action No. 3:15-CV-00833-MEM<br><br>(Judge Mannion) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Northeastern Pennsylvania Freethought Society, appeals to the United States Court of Appeals for the Third Circuit from the Judgment (Doc. 88) and the accompanying Memorandum (Doc. 86) and Order (Doc. 87) entered in this matter by the Honorable Malachy E. Mannion on July 9, 2018.

Dated: August 6, 2018

*/s/ Benjamin D. Wanger*
Theresa E. Loscalzo (Pa. I.D. No. 52031)
Stephen J. Shapiro (Pa. I.D. No. 83961)
Benjamin D. Wanger (Pa. I.D. No. 209317)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600

Philadelphia, PA  19103-7286
(215) 751-2000
Fax: (215) 751-2205

Mary Catherine Roper (Pa. I.D. No. 71107)
Molly Tack-Hooper (Pa. I.D. No. 307828)
AMERICAN CIVIL LIBERTIES UNION OF
PENNSYLVANIA
P.O. Box 40008
Philadelphia, PA 19106
mroper@aclupa.org
mtack-hooper@aclupa.org
(215) 592-1513 x 116
Fax: (215) 592-1343

*Attorneys for Plaintiff, Northeastern Pennsylvania Freethought Society*

# CERTIFICATE OF SERVICE

I, Benjamin D. Wanger, Esquire, do hereby certify that I caused to be served a true and correct copy of the foregoing Notice of Appeal upon the following counsel of record by electronic mail on the 6th day of August, 2018 at the following address:

William J. McPartland
MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.
50 Glenmaura National Boulevard
Moosic, PA 18507
WJMCPARTLAND@MDWCG.COM

*Attorney for Defendant, County of Lackawanna Transit System*

/s/ Benjamin D. Wanger
Benjamin D. Wanger