# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHEASTERN PENNSYLVANIA FREETHOUGHT SOCIETY, | Civil Action No. 3:15-CV-00833-MEM |
| Plaintiff, | (Judge Mannion) |
| v. | |
| COUNTY OF LACKAWANNA TRANSIT SYSTEM, | |
| Defendant. | |

## [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2020, upon consideration of

Plaintiff's Motion for Award of Attorney's Fees and Costs Pursuant to 42 U.S.C. §

1988, and any opposition thereto, it is hereby ORDERED that Plaintiff's motion is

GRANTED.  Plaintiff is awarded its reasonable attorney's fees in the amount of

$633,337.80 and costs in the amount of $9,181.20.


_____

Mannion, J.