# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NORTHEASTERN PENNSYLVANIA FREETHOUGHT SOCIETY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LACKAWANNA TRANSIT SYSTEM,<br><br>Defendant. | Civil Action No. 3:15-CV-00833-MEM<br><br>(Judge Mannion) |

**DECLARATION OF MOLLY TACK-HOOPER IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS PURSUANT TO 42 U.S.C. § 1988**

I, Molly Tack-Hooper, make the following declaration upon my personal knowledge:

1. This declaration is submitted in support of Plaintiff's Motion for Award of Attorneys' Fees.

2. My resume, attached hereto as Exhibit A, is incorporated by reference. In summary, I graduated from the NYU School of Law in 2009, where I received honors for my dedication to civil rights and civil

liberties and my aptitude in this area. After law school, I clerked for a U.S. Magistrate Judge in the Southern District of New York, and then joined the ACLU of Pennsylvania as a Legal Fellow in 2010. From 2011 to 2013, I represented plaintiffs in complex state and federal class actions as an associate at Berger & Montague. From February 2013 until November 2019, I was a staff attorney, and then a senior staff attorney, at the ACLU of Pennsylvania, working out of the Philadelphia office. In that capacity, I represented plaintiffs in constitutional impact litigation in many areas of law, with a significant portion of my docket focusing on free speech. In November 2019, I relocated to Seattle, Washington, and have served as a senior staff attorney at the ACLU of Washington since then.

3.      I played a supporting role in this case at its inception, and stepped into a much more central role during discovery, after Ms. Platt left the Schnader firm and Mr. Wanger took over as the lead attorney for Schnader on the case.

4.      From that point, Mr. Wanger and I worked together on every aspect of litigation in the trial court, with Mr. Wanger primarily

responsible for development of the facts and me primarily responsible for our legal analysis.

5.     In the Third Circuit, I took the lead in outlining and drafting our briefs and coordinating amicus briefs, and I argued the case.

6.     The case involved several complicated areas of First Amendment law, including forum analysis, content and viewpoint discrimination, vagueness, and the standards for facial and as-applied challenges. Crafting our theory for how the First Amendment applies to the facts of this case required a deep understanding of each of these legal concepts, each of which was embodied in separate lines of authority stemming from Supreme Court precedent, as well as mastering case law from across the country specific to transit advertising and separate case law specific to prohibitions on religious content.

7.     In addition to being nuanced, some of the authority relevant to this case was conflicting, as former Solicitor General Paul Clement argued in a supplemental brief to the U.S. Supreme Court relying on the Third Circuit opinion in this case. *See* Suppl. Br., *Archdiocese of*

*Washington v. WMATA* (Sep. 26, 2019) (arguing that *NEPA Freethought Society v. COLTS* and *Archdiocese v. WMATA* bore "striking parallels" but produced results that "squarely conflict[]," setting up a "square and acknowledged circuit split in the specific factual context of government policies restricting religious advertising on bus exteriors"), available at https://www.supremecourt.gov/DocketPDF/18/18-1455/117161/20190926105217963_2019-09-26%20Archdiocese%20Supplemental%20Brief.pdf. Successfully litigating this case thus involved grappling with tensions and evolving authority in many of the applicable areas of First Amendment law.

8. The ACLU and its state affiliates do not charge clients. Accordingly, I did not charge our client in this case. Consequently, I am subject to the "community market rate rule" for determining my fee rate.

9. I believe that the requested rate of $350 per hour for this case is fair for an attorney of my experience, skill, and standing. It is my understanding that this rate reflects the prevailing community rate for civil rights lawyers of comparable skill and experience, and that it is

lower than the rates that other federal court litigators at large law firms charge in Philadelphia. This is consistent with the attorneys' fee schedule created by Community Legal Services of Philadelphia ("CLS") in 2014, which sets a rate range of $350 to $420 per hour for attorneys with eleven to fifteen years of experience, and is lower than the 2018 CLS fee schedule, which sets a range of $375 to $450 per hour for attorneys with eleven to fifteen years of experience. True and correct copies of the attorneys' fee schedules posted online by CLS in 2014 and 2018 are attached as Exhibits B and C.

10.   I certify that the attached time sheets, which are incorporated by reference, were prepared contemporaneously and maintained in the ordinary course of business.

11.   I believe that all of the hours reflected in the attached time sheets (Exhibit D) were necessary to the successful prosecution of this case.

12.   I have not included any time entries reflecting time that could not have been billed to a private client. For example, I have

omitted time spent on public education about the case and responding to press inquiries.

13.     My total billable hours reflected in this fee request are 734.31 hours. At $350 per hour, this amounts to a request of $257,008.50 for my time on this case.

14.     In addition, the ACLU of Pennsylvania incurred $418.21 in expenses associated with this case. These expenses consist of the $400 filing fee (the payment of which is reflected on the docket), a $9.01 charge for lunch during my travel to Moosic for depositions of COLTS' witnesses on March 10, 2016, and a $9.20 charge for lunch during my travel to Scranton for the pretrial conference on June 28, 2017.

**I HEREBY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING STATEMENTS ARE, TO THE BEST OF MY RECOLLECTION AND BELIEF, TRUE AND ACCURATE.**

Molly Tack-Hooper

March 19, 2020

# EXHIBIT A

# MOLLY TACK-HOOPER

## EDUCATION

**NEW YORK UNIVERSITY SCHOOL OF LAW**, New York, NY
J.D., May 2009
Honors: John Perry Prize (*awarded to one student for dedication to civil liberties and civil rights)*
Arthur Garfield Hays Civil Liberties Fellowship (*for legal ability and commitment to civil liberties*)
Moot Court Board: Immigration Law Competition Problem Editor, Associate Casebook Editor, Chairperson's Award, Order of the Barristers (*both awarded for dedication to Moot Court*)
Review of Law & Social Change, Staff Editor

**BROWN UNIVERSITY**, Providence, RI
A.B. in International Relations ("Politics, Culture, and Identity" program), May 2002

## LEGAL EXPERIENCE

**ACLU OF WASHINGTON**, Seattle, WA
***Senior Staff Attorney***, November 2019–Present
Build, lead, and support litigation in federal and state trial and appellate courts addressing civil liberties issues.

**ACLU OF PENNSYLVANIA**, Philadelphia, PA
***Senior Staff Attorney***, March 2019–November 2019
Litigate federal and state cases addressing civil liberties issues including free speech, immigrants' rights, LGBTQ rights, voting rights, and criminal law reform. Gather evidence through public records requests, investigation, and discovery. Draft and edit pleadings, motions, and briefs. Present evidence at hearings and jury and bench trials. Argue in Third Circuit, Pennsylvania Supreme Court, and trial courts. Collaborate with other departments on non-litigation advocacy. Prepare and present testimony to legislative bodies. Raise awareness through press and public programming. Supervise Intake Attorney, volunteer attorneys, legal fellows, and interns.
***Staff Attorney***, February 2013–March 2019
***Legal Fellow***, September 2010–April 2011

**BERGER & MONTAGUE, P.C.**, Philadelphia, PA
***Associate***, April 2011–February 2013
Represented plaintiffs in high-profile class actions in federal and state courts at trial and appellate levels. Drafted litigation documents. Analyzed a wide range of procedural and substantive issues in cases involving antitrust and consumer protection law.

**HON. MICHAEL H. DOLINGER, U.S. MAGISTRATE JUDGE, SOUTHERN DISTRICT OF NEW YORK**, New York, NY
***Judicial Law Clerk***, September 2009–September 2010
Wrote and edited opinions on motions, scheduled discovery and other pre-trial matters, monitored parties' compliance with procedural rules and orders, and attended hearings and settlement conferences.

**ACLU FIRST AMENDMENT WORKING GROUP** (now Speech, Privacy, & Technology Project), New York, NY
***Hays Fellow***, January–May 2009
Helped plan, file, and brief challenge to secrecy provisions of the federal False Claims Act. Researched organizational standing and constitutional and common-law rights of access to court documents.

**LAMBDA LEGAL DEFENSE FUND**, New York, NY
***Hays Fellow***, September–December 2008
Designed and conducted 50-state survey of procedural and substantive law relevant to challenging ballot initiatives, referenda, and other voter-generated legislation aimed at limiting LGBTQ rights.

**PROFESSOR JOHN SEXTON, NEW YORK UNIVERSITY**, New York, NY
***Teaching Assistant, The Supreme Court and Religion***, September–December 2008
Taught discussion section of freshman honors seminar on Free Exercise and Establishment Clause jurisprudence.

**ACLU DRUG LAW REFORM PROJECT** (now Criminal Law Reform Project), Santa Cruz, CA
***Legal Intern***, June–August 2008
Interviewed potential clients. Researched and briefed issues related to the war on drugs, including racial justice issues and privacy invasions such as student strip searches and drug-testing of pregnant women.

**DEPARTMENT OF JUSTICE, CIVIL RIGHTS DIVISION, SPECIAL LITIGATION SECTION**, Washington, DC
***Legal Intern***, May–August 2007
Participated in prisoners' rights and reproductive freedom litigation. Oversaw document requests and interview scheduling on discovery tour of Oklahoma juvenile detention facility. Participated in interviews of incarcerated youth.

**NYU LAW ACLU, NYU SCHOOL OF LAW**, New York, NY
***Legal Projects Co-Chair***, May 2007–May 2008
Founded program to offer student research assistance to ACLU offices. Project leader for NYCLU research.

**LAW STUDENTS FOR HUMAN RIGHTS, NYU SCHOOL OF LAW**, New York, NY
***3L Advisor, Steering Committee***, April 2008–May 2009
Organized panel event on application of human rights framework to domestic legal issues.
***Domestic Service Co-Chair, Steering Committee***, May 2007–April 2008
Expanded and oversaw Alternative Spring Break (ASB) program. Responsible for budgeting and fundraising, as well as recruiting, selecting, and supervising ASB site leaders and participants.
***Student Researcher, Liberty & National Security Project, Brennan Center for Justice***, January–April 2007
Researched issues related to the policing of Muslim communities as part of counter-terrorism initiatives.

## DEVELOPMENT EXPERIENCE

New York, NY, and Providence, RI, 2002–2006
Grantwriter, event planner, and nonprofit management consultant for 501(c)(3) organizations of varying sizes.

## SELECTED SPEAKING ENGAGEMENTS

***Attorneys' Fees & Ethics***, Pennsylvania Bar Association, Civil & Equal Rights Symposium, April 2019
***Qualified Immunity***, Temple University Beasley School of Law Civil Rights Clinic, September 2018
***Challenging the Muslim Ban***, Take Action Philly, January 2017
***Race and Civil Asset Forfeiture***, "Race, Crime, and the Constitution Revisited," Symposium of the Penn Law Journal of Constitutional Law, January 2016
***Civil Liberties Implications of Digital Encryption***, U. Penn School of Law, Inn of Court, January 2016
***"Do You Have to Tell My Mom?" Minors, Health Care, & the Law***, J. Lax Treatment Center, May 2014

## LEADERSHIP IN PROFESSIONAL ASSOCIATIONS

**PHILADELPHIA BAR ASSOCIATION**
Founder, Public Interest Associates' Committee (2019); Board of Governors (2018); Chair, Public Interest Section (2017); Co-Chair, Civil Rights Committee (2015–Present)
**DREXEL UNIVERSITY THOMAS R. KLINE SCHOOL OF LAW, AMERICAN INN OF COURT**
Master (2018–Present), Team Leader (2019)
**UNIVERSITY OF PENNSYLVANIA LAW SCHOOL, AMERICAN INN OF COURT**, Barrister (2015–2018)

# EXHIBIT B

6/29/2015 Case 3:15-cv-00833-MEM Document 100-2 Filed 03/20/20 Page 12 of 27
Attorney Fees | Community Legal Services of Philadelphia

Site Tools Search Site

Home About CLS News + Events Contact Us Español

LEARN ABOUT ISSUES GET HELP MAKE A GIFT

About CLS / Attorney Fees

Overview
History
Our Impact
Successes
Employment Opportunities
Attorney Fees
Annual Reports
Board of Trustees
Leadership Council
Staff

# Attorney Fees

## Explanatory Notice to the Public

CLS never charges attorney's fees to its clients, although in some cases clients are asked to pay for court filing fees or other out of pocket expenses.

The attached chart lists the fee schedule used by CLS only in cases in which the law allows for the award of attorney's fees from opposing parties in order to compensate CLS for the legal services provided to its clients.

RANGE OF HOURLY RATES*, Effective September 12, 2014

| | |
|---|---|
| Attorneys post-law school experience under 2 years | $180-200 |
| Attorneys 2-5 year's experience | $200-250 |
| Attorneys 6-10 year's experience | $265-335 |
| Attorneys 11-15 year's experience | $350-420 |
| Attorneys 16-20 year's experience | $435-505 |
| Attorneys 21-25 year's experience | $520-590 |
| Attorneys more than 25 year's experience | $600-650 |
| Law Students | $90-145 |
| Paralegal I and II | $115-140 |
| Senior and Supervisory Paralegal | $140-165 |

*These rates do not reflect any adjustment for contingency, and are based on Philadelphia law firm market survey data and increases in the Consumer Price Index.

**THESE FEES ARE NOT CHARGED TO CLS CLIENTS. SEE NOTICE ABOVE.**

© 2015 Community Legal Services of Philadelphia Career Opportunities | Legal Disclaimer Connect with us:

Center City Office: 1424 Chestnut Street, Philadelphia, PA 19102 North Philadelphia Office: 1410 W. Erie Avenue, Philadelphia, PA 19140

http://clsphila.org/about-cls/attorney-fees 1/1

# EXHIBIT C



NEWS & ISSUES ABOUT

# ATTORNEY FEES

## EXPLANATORY NOTICE TO THE PUBLIC

CLS never charges attorney's fees to its clients, although in some cases clients are asked to pay for court filing fees or other out of pocket expenses.

The attached chart lists the fee schedule used by CLS only in cases in which the law allows for the award of attorney's fees from opposing parties in order to compensate CLS for the legal services provided to its clients.

RANGE OF HOURLY RATES*, Effective July 1, 2018

| | |
|---|---|
| Attorneys post-law school experience under 2 years | $200-220 |
| Attorneys 2-5 year's experience | $230-275 |
| Attorneys 6-10 year's experience | $280-360 |
| Attorneys 11-15 year's experience | $375-450 |
| Attorneys 16-20 year's experience | $475-530 |
| Attorneys 21-25 year's experience | $550-640 |
| Attorneys more than 25 year's experience | $650-700 |
| Law Students | $110-160 |

11/19/2019 Case 3:15-cv-00833-MEM Document 100-2 Filed 03/20/20 Page 15 of 27
Attorney Fees | Community Legal Services

HOME
SERVICES

SPECIAL PROJECTS

NEWS & ISSUES

HIDE MY VISIT

DONATE

ABOUT

Legal Disclaimer

## CONTACT INFO

Center City Office
1424 Chestnut Street, Philadelphia, PA 19102 | 215-981-3700

North Philadelphia Office
1410 W. Erie Avenue, Philadelphia, PA 19140 | 215-227-2400

Landlord Tenant Help Center
1339 Chestnut St. 10th Floor Philadelphia, PA 19103

## SERVICES

- PUBLIC BENEFITS
- EMPLOYMENT
- HOUSING
- DEBT & CONSUMER RIGHTS
- UTILITIES
- FAMILY
- CRIMINAL RECORDS
- GET HELP: SENIORS

## RECENT NEWS

Right to Counsel Passes Philadelphia City Council!
November 15, 2019

The Dangerous Weight of Water Debt
November 13, 2019

Data Shows that Our Holistic Parent Representation Helps Kids Too
November 4, 2019

© Community Legal Services of Philadelphia - 2019. | **Website designed by TwoG Marketing**

Annual Reports Board of Directors Leadership Council

https://clsphila.org/about-community-legal-services/attorney-fees/ 2/2

# EXHIBIT D

| Date | Description | Hours |
|---|---|---|
| 8/28/2013 | Research - Factual and legal research on First Amendment claims for rejected bus ad | 1.75 |
| 8/29/2013 | Factual Investigation - Reviewing timeline, calling Justin Vacula | 0.59 |
| 9/3/2013 | Right to Know Request - Edited RTK request for bus ads | 0.30 |
| 9/9/2013 | Client Contact - Conversation w client re rejection of ad and right-to-know request | 0.40 |
| 9/16/2013 | Factual Investigation - Edited revised RTK request for bus ads, cover letter | 0.30 |
| 9/18/2013 | Client Contacts - Emails from client, phone call to update client on litigation plan | 0.40 |
| 9/18/2013 | Legal Analysis - Analysis of constitutional flaws in COLTS' new ad policy | 0.50 |
| 9/24/2013 | Factual Investigation - Updating RTK request | 0.40 |
| 10/28/2013 | Right to Know Request - Checking in w/opposing counsel on status of RTK response | 0.20 |
| 10/29/2013 | Factual Investigation - Reviewing RTK response | 0.90 |
| 11/5/2013 | Paying invoice for RTK request | 0.40 |
| 3/11/2014 | Case Management - Emails to co-counsel bringing them up to speed | 2.33 |
| 3/13/2014 | Case Management - Emails to co-counsel | 0.30 |
| 4/2/2014 | Editing retainer agreement, co-counsel agreement | 0.90 |
| 4/10/2014 | Edits to retainer, co-counsel agmt | 0.12 |
| 5/11/2014 | Case Management - Email to Vic with case development updates | 0.13 |
| 5/22/2014 | Administration - Co-counsel and retainer agmt edits | 0.20 |
| 5/28/2014 | Client Contacts - Emls to client | 0.63 |
| 5/29/2014 | Client Contacts - Emails to client, team re: next steps | 0.70 |
| 6/4/2014 | Client Contacts - Emails re: next steps | 0.30 |
| 6/5/2014 | Client Contacts - Team call w/Justin, emails re new RTK requests | 0.67 |
| 6/6/2014 | Client Contacts - Emails re retainer agreement | 0.30 |
| 6/10/2014 | Reviewing old and new policy, proposed ads | 0.80 |
| 7/7/2014 | Client Contacts - Emails to client | 0.33 |
| 8/5/2014 | Client Contacts - Emails counseling client | 0.30 |
| 9/6/2014 | Client Contacts - Reviewing documents from client | 0.50 |
| 9/12/2014 | Court Filings - Edits to complaint | 2.28 |
| 9/16/2014 | Client Contacts - Emails with Justin - attorney client privilege | 0.30 |
| 9/16/2014 | Court Filings - Conversations w/MCR about restructuring complaint | 0.50 |
| 11/5/2014 | Court Filings - Reviewing edited complaint | 0.08 |
| 3/25/2015 | Editing complaint | 0.65 |
| 4/9/2015 | Editing complaint | 0.85 |
| 4/9/2015 | Call w/client and co-counsel | 0.43 |
| 4/10/2015 | Emails with client about organizational changes | 0.50 |
| 4/21/2015 | Edits to complaint | 0.23 |
| 4/28/2015 | Prepping complaint for filing, filing | 1.13 |
| 4/28/2015 | Conversations about service | 0.35 |
| 5/5/2015 | Conversations w/opposing and co-counsel re: service | 0.52 |
| 5/6/2015 | Strategy re: service, waiver of service | 0.10 |
| 6/25/2015 | Reading Motion to Dismiss | 0.15 |

| 6/26/2015 | Scheduling call re: opp to MTD | 0.05 |
|---|---|---|
| 6/29/2015 | Reading MTD | 0.85 |
| 7/6/2015 | Finalizing and filing motion for extension plus attachments | 0.28 |
| 7/24/2015 | Editing opposition to Motion to Dismiss | 5.28 |
| 7/26/2015 | Editing opposition to Motion to Dismiss | 2.25 |
| 7/27/2015 | Editing opposition to Motion to Dismiss | 2.68 |
| 7/28/2015 | Reviewing COLTS' initial disclosures, discovery requests, emails w/co-counsel re: responses | 0.32 |
| 7/28/2015 | Change of address - emailing opposing counsel | 0.20 |
| 7/28/2015 | Reviewing discovery materials | 0.18 |
| 8/13/2015 | Skimming 9th Cir. opinion in AFDI bus ads case | 0.33 |
| 9/9/2015 | Emails re: consent to magistrate | 0.08 |
| 9/14/2015 | Editing 26f Joint Case Management Plan | 0.20 |
| 10/29/2015 | Emails w/co-counsel re: COLTS discovery responses | 0.25 |
| 10/30/2015 | Reviewing supplemental discovery from COLTS | 0.15 |
| 11/2/2015 | Reading order, calendaring deadlines | 0.10 |
| 1/8/2016 | Team strategy call plus follow-up | 2.07 |
| 1/13/2016 | Strategy Conversation w/co-counsel re: depositions | 0.13 |
| 1/18/2016 | Reviewing motion for extension of time | 0.03 |
| 2/10/2016 | Email to Ben Wanger checking in re: case assignments | 0.08 |
| 2/12/2016 | Reviewing opinion on MTD, answer, documents, and conversation w/Wanger | 1.13 |
| 2/20/2016 | Deposition prep | 0.22 |
| 3/3/2016 | Prep for depositions, incl. meeting w/co-counsel | 1.82 |
| 3/3/2016 | Researching M.D. admission for Wanger | 0.58 |
| 3/3/2016 | Research, phone calls re: co-counsel admission | 0.42 |
| 3/8/2016 | Prep for deps | 1.35 |
| 3/9/2016 | Dep Prep - reviewing edited outline | 0.18 |
| 3/10/2016 | Deposition prep, plus driving to/from Scranton, getting Wanger sworn in, five hours of depositions, one hour client counseling | 11.50 |
| 3/11/2016 | Debrief w/Ben Wanger on Wintermantel dep | 0.15 |
| 3/18/2016 | Conversations w/Wanger about additional discovery requests | 0.67 |
| 3/31/2016 | Emails re: deps | 0.20 |
| 4/4/2016 | Reviewing discovery (supplemental doc production, dep transcripts) | 0.35 |
| 4/7/2016 | Read deps, reviewing evidence for summary judgment | 4.83 |
| 4/7/2016 | Conversation w/Wanger about summary judgment arguments | 0.97 |
| 4/12/2016 | Researching for summary judgment | 2.55 |
| 4/13/2016 | Conversation w/Wanger re: outlining motion for summary judgment | 0.25 |
| 4/21/2016 | Drafting errata for Justin's transcript | 0.35 |
| 5/3/2016 | Drafting tipulation re: 30b6 dep | 0.03 |
| 5/5/2016 | Outlining summary judgment motion | 0.52 |
| 5/11/2016 | Reviewing documents from Hinton | 0.33 |
| 5/11/2016 | Discussing Hinton documents w/Wanger, plus follow-up | 1.12 |
| 5/16/2016 | Reviewing motion for extension | 0.10 |
| 6/1/2016 | Emails w/Wanger re: summary judgment schedule | 0.28 |
| 6/28/2016 | Drafting summary judgment brief, conversation w/Wanger re: summary judgment | 1.63 |

| | | |
|---|---|---|
| 7/5/2016 | Drafting summary judgment brief | 2.30 |
| 7/5/2016 | Editing statement of undisputed facts | 2.93 |
| 7/6/2016 | Drafting Mem. Law Supp. Mot. For Summ. J. | 8.62 |
| 7/7/2016 | Drafting/editing brief supp MSJ | 2.55 |
| 7/8/2016 | Drafting/editing brief supp MSJ | 7.38 |
| 7/9/2016 | Drafting/editing brief supp MSJ | 1.18 |
| 7/11/2016 | Emails w/co-counsel re: edits to Motion for Summary Judgment | 0.53 |
| 7/12/2016 | Editing statement of facts | 0.08 |
| 7/13/2016 | Editing revised statement of facts | 4.45 |
| 7/14/2016 | Editing Exhibits | 0.13 |
| 7/14/2016 | Reviewing edited Statement of Facts | 0.17 |
| 7/14/2016 | Editing brief supp MSJ, proposed order | 2.85 |
| 7/15/2016 | Editing brief | 3.52 |
| 7/18/2016 | Editing MSJ and Statement of Facts | 1.28 |
| 7/18/2016 | Editing Motion, Exhibit TOC, Proposed Order, Certificate of Non-Concurrence | 0.47 |
| 7/18/2016 | Reading Def's statement of facts | 0.08 |
| 7/18/2016 | Editing proposed order | 0.10 |
| 7/20/2016 | Editing draft Statement of Facts in Opposition to Def's MSJ, related conversations w/co-counsel | 0.38 |
| 7/22/2016 | Editing opposition to statement of facts | 2.07 |
| 7/22/2016 | Editing brief in support of Plaintiff's motion for summary judgment | 1.02 |
| 7/25/2016 | Editing brief in support of Plaintiff's motion for summary judgment | 7.03 |
| 7/27/2016 | Editing brief in support of Plaintiff's motion for summary judgment | 3.13 |
| 7/29/2016 | Editing brief in support of Plaintiff's motion for summary judgment | 0.38 |
| 8/1/2016 | Editing brief in support of Plaintiff's motion for summary judgment | 2.20 |
| 8/1/2016 | Filing brief on ECF | 0.13 |
| 8/1/2016 | Reading def's brief, outlining opposition to Stmt of Facts | 0.88 |
| 8/1/2016 | Email to Roper re: Def's 56.1 opposition | 0.18 |
| 8/2/2016 | Conversation w/Wanger re: strategy | 0.15 |
| 8/2/2016 | Drafting motion to deem Pl.'s 56.1 statement admitted | 0.70 |
| 8/8/2016 | Drafting motion to deem Pl.'s 56.1 statement admitted | 0.95 |
| 8/9/2016 | Drafting additional section for motion to treat 56.1 statement as admitted | 0.65 |
| 8/9/2016 | Drafting opposition to Def's Motion for Summary Judgment | 0.55 |
| 8/9/2016 | Editing 56.1 opposition statement | 0.38 |
| 8/11/2016 | Call w/Wanger re: opposition brief | 0.10 |
| 8/11/2016 | Editing motion for extension | 0.08 |
| 8/26/2016 | Conversation w/Roper re: opposition to Def's Motion for Summary Judgment | 0.25 |
| 8/29/2016 | Legal research for opposition brief | 1.50 |
| 8/30/2016 | Editing 56.1 opposition statement | 1.82 |
| 8/30/2016 | Drafting brief in opposition to Def's motion for summary judgment | 5.13 |
| 8/31/2016 | Editing brief in opposition to Def's motion for summary judgment | 9.83 |
| 9/1/2016 | Editing opposition to 56.1 statement | 2.17 |
| 9/1/2016 | Finalizing motion to treat Pl's 56.1 Stmt as undisputed | 0.17 |
| 9/1/2016 | Editing brief in opposition to Def's motion for summary judgment | 0.78 |

| | | |
|---|---|---|
| 9/2/2016 | Edits to brief in opposition | 1.90 |
| 9/2/2016 | Drafting proposed order | 0.10 |
| 9/2/2016 | Emails re: computing time, deadlines on holidays, finalizing filing on Monday | 0.08 |
| 9/4/2016 | Emails re: finalizing filings | 0.25 |
| 9/5/2016 | Reviewing final filings, calculating reply deadline | 0.25 |
| 9/5/2016 | Reading COLTS opposition brief, outlining reply | 0.27 |
| 9/6/2016 | Drafting sections of reply in support of Plaintiffs' Motion for Summary Judgment | 0.17 |
| 9/6/2016 | Drafting sections of reply in support of Plaintiff's Motion for Summary Judgment | 2.88 |
| 9/7/2016 | Drafting sections of reply in support of Plaintiff's Motion for Summary Judgment | 2.93 |
| 9/8/2016 | Drafting reply brief | 1.37 |
| 9/9/2016 | Drafting reply brief | 4.65 |
| 9/12/2016 | Reviewing Roper's edits to the reply brief, adding additional citations | 3.40 |
| 9/14/2016 | Reviewing and discussing COLTS motion to amend 56.1 response | 0.58 |
| 9/15/2016 | Reviewing final draft of reply brief in support of motion for summary judgment | 0.07 |
| 9/16/2016 | Finalizing and filing reply brief | 0.52 |
| 9/16/2016 | Reading Def's Motion to Amend 56.1 statement, drafting response in opposition | 0.02 |
| 9/20/2016 | Reviewing Defendant's amended 56.1 statement, drafting response | 0.07 |
| 9/23/2016 | Reviewing Defendant's amended 56.1 statement, drafting response | 0.33 |
| 9/26/2016 | Drafting motion to amend reply | 0.22 |
| 10/1/2016 | Drafting amended reply brief, editing motion to amend and mem law in support | 1.37 |
| 10/3/2016 | Seeking concurrence from opposing counsel in motion to amend reply | 0.35 |
| 10/4/2016 | Emails re: motion to amaend | 0.07 |
| 10/4/2016 | Finalizing and filing Motion to Amend Reply Brief | 1.12 |
| 4/11/2017 | Reading opinion on cross-motions for summary judgment; emails and calls with Wanger and client (Vacula) re: trial prep | 1.65 |
| 4/12/2017 | Client (Vacula) call, team emails | 0.55 |
| 4/27/2017 | Conversations re trial w/co-counsel | 0.17 |
| 6/1/2017 | Strategy call w/co-counsel | 0.08 |
| 6/5/2017 | Prep for Rule 16 conference, conversations w/Wanger | 1.48 |
| 6/6/2017 | Rule 16 conference, trial prep | 3.60 |
| 6/7/2017 | Conversations about trial strategy w/co-counsel | 0.08 |
| 6/7/2017 | Editing trial stipulations | 1.92 |
| 6/8/2017 | Emails re: ad timeline, exhibit list | 3.37 |
| 6/9/2017 | Editing stipulations of fact, call w/Wanger | 2.60 |
| 6/12/2017 | Trial prep | 0.17 |
| 6/13/2017 | Meet w/Wanger, trial prep | 2.97 |
| 6/14/2017 | Conversation w/client (Vacula) | 0.25 |
| 6/15/2017 | Prep for trial | 3.78 |
| 6/16/2017 | Conversations w/opposing counsel, Wanger re: stipulations | 0.67 |

NEPA Freethought Society v. COLTS
Time Records of Molly Tack-Hooper

| | | |
|---|---|---|
| 6/16/2017 | Conversations w/Wanger, opposing counsel re: pre-trial memo, FOF/COL | 0.50 |
| 6/18/2017 | Drafting/editing pretrial memo | 1.13 |
| 6/19/2017 | Drafting FOF/COL | 3.27 |
| 6/20/2017 | Drafting FOF/COL | 5.70 |
| 6/20/2017 | Filing Joint Motion for Extension | 0.60 |
| 6/22/2017 | Drafting/editing FOF/COL | 4.72 |
| 6/23/2017 | Emails w/Wanger re: edits to COL, revising COL | 3.85 |
| 6/24/2017 | Edit to COL | 0.02 |
| 6/25/2017 | Editing FOF/COL | 3.47 |
| 6/25/2017 | Editing responses to motions in limine | 3.93 |
| 6/26/2017 | Conversations w/Wanger and opposing counsel re: trial | 0.32 |
| 6/26/2017 | Editing stipulations of fact | 0.83 |
| 6/26/2017 | Editing responses to motions in limine | 0.75 |
| 6/27/2017 | Prep for pretrial conference | 0.40 |
| 6/27/2017 | Client sonversation re: trial | 0.42 |
| 6/27/2017 | Stipulations of fact | 0.93 |
| 6/27/2017 | Prep for pretrial conference | 1.48 |
| 6/28/2017 | Prep for and attend pretrial conference | 2.00 |
| 6/28/2017 | Prep for trial | 2.00 |
| 6/28/2017 | Travel to/from pretrial conference | 4.00 |
| 6/30/2017 | Editing stips | 0.48 |
| 7/10/2017 | Trial prep - Justin Vacula | 0.52 |
| 7/10/2017 | Trial prep - exhibits | 0.38 |
| 7/12/2017 | Trial prep | 1.23 |
| 7/13/2017 | Trial prep | 0.33 |
| 7/14/2017 | Trial prep | 3.13 |
| 7/16/2017 | Trial prep - outlining witness examinations | 2.00 |
| 7/17/2017 | Emails w/co-counsel, opposing counsel, and chambers re: moving trial date, drafting and filing unopposed motion | 1.35 |
| 7/17/2017 | Trial prep | 0.02 |
| 7/18/2017 | Scheduling calls and emails w/court and counsel | 0.17 |
| 7/27/2017 | Conversations w/Wanger re: rescheduling the trial | 0.08 |
| 8/15/2017 | Trial prep -- meeting w/Wanger | 1.67 |
| 8/30/2017 | Conversation w/Wanger re: trial prep | 0.08 |
| 8/30/2017 | Scheduling trial prep with Wanger | 0.03 |
| 9/11/2017 | Emails w/client | 0.15 |
| 9/15/2017 | Trial prep w/co-counsel | 2.00 |
| 10/5/2017 | Editing Wintermantel cross | 2.15 |
| 10/12/2017 | Trial prep -- meeting with Wanger to go over Wintermantel outline | 1.73 |
| 10/12/2017 | Strategy discussion w/colleagues about witnesses | 0.33 |
| 10/18/2017 | Drafting direct and cross of Vacula, Fiume, Hinton | 2.03 |
| 10/19/2017 | Trial prep | 2.50 |
| 10/20/2017 | Trial prep | 0.67 |
| 10/23/2017 | Trial prep | 0.13 |
| 10/24/2017 | Trial prep -- drafting/editing crosses and directs | 4.17 |
| 10/25/2017 | Editing directs and crosses, incl. meeting with Wanger | 4.98 |

| | | |
|---|---|---|
| 10/30/2017 | Trial prep | 0.88 |
| 10/31/2017 | Outreach to Justin Vacula, editing direct and cross outlines, drafting closing | 1.80 |
| 11/1/2017 | Trial prep, incl. meeting with Wanger | 4.18 |
| 11/2/2017 | Editing direct and crosses | 6.07 |
| 11/3/2017 | Trial prep, incl. conversations re: witness examinations, edits to outlines | 4.53 |
| 11/4/2017 | Trial prep | 2.28 |
| 11/5/2017 | Editing opening | 0.58 |
| 11/6/2017 | Trial prep - emails re: client prep, opening | 6.23 |
| 11/8/2017 | Drafting closing, conversations w/Wanger | 4.03 |
| 11/9/2017 | Editing closing | 3.20 |
| 11/9/2017 | Trial prep meeting w/Wanger | 2.33 |
| 11/9/2017 | Finalizing exhibits | 1.10 |
| 11/10/2017 | Conversations w/opposing counsel re: exhibit stipulations | 0.25 |
| 11/10/2017 | Revising closing | 10.57 |
| 11/11/2017 | Revising closing | 4.53 |
| 11/12/2017 | Revising closing | 2.12 |
| 11/12/2017 | Client prep | 2.00 |
| 11/12/2017 | Travel to Scranton | 3.00 |
| 11/12/2017 | Editing crosses, direct, closing | 4.00 |
| 11/13/2017 | Trial prep - before trial | 3.50 |
| 11/13/2017 | Trial | 6.50 |
| 11/13/2017 | Travel back from Scranton | 3.00 |
| 11/28/2017 | Conversations w/Wanger re: supplemental FOF/COL | 0.08 |
| 12/1/2017 | Conversations re: FOF/COL | 0.33 |
| 12/5/2017 | Drafting supplemental FOF/COL | 0.38 |
| 12/6/2017 | Post-trial briefing | 1.10 |
| 12/7/2017 | Reviewing motion for extension | 0.27 |
| 12/8/2017 | Editing/drafting supplemental FOF/COL | 0.08 |
| 12/27/2017 | Editing supplemental FOF/COL | 5.02 |
| 12/28/2017 | Editing supplemental FOF/COL | 5.00 |
| 12/29/2017 | Finalizing supplemental FOF/COL | 0.50 |
| 1/2/2018 | Reading Def's memo, emails re: reply brief | 0.28 |
| 1/3/2018 | Reading Def's brief, outline for reply | 0.13 |
| 1/8/2018 | Reply to Def's FOF COL | 2.60 |
| 1/9/2018 | Post-trial briefing - reply | 3.37 |
| 1/10/2018 | Drafting reply brief | 0.42 |
| 1/12/2018 | Drafting reply brief, plus call w/co-counsel | 5.30 |
| 1/13/2018 | Drafting reply brief | 2.42 |
| 1/14/2018 | Drafting reply brief | 0.83 |
| 1/16/2018 | Drafting reply | 6.70 |
| 1/17/2018 | Drafting reply | 4.07 |
| 1/18/2018 | Editing reply brief | 2.83 |
| 1/25/2018 | Drafting notice of supplemental authority re: MVA v. Mansky | 1.58 |
| 1/26/2018 | Strategy Conversations re: Notice of supplemental authority, editing notice, filing notice | 0.67 |

| | | |
|---|---|---|
| 7/9/2018 | Conversations about whether to appeal | 0.17 |
| 7/10/2018 | Analyzing opinion, prep for appeal | 0.75 |
| 7/15/2018 | Emails re: drafting case opening documents, reviewing notice of appeal | 0.17 |
| 7/16/2018 | Conversations about amicus briefs | 0.08 |
| 7/19/2018 | Conversations re: appeal | 0.05 |
| 7/23/2018 | Conversations about notice of appeal, issues complained of on appeal, transcript order | 0.20 |
| 7/27/2018 | Discussion of concise summary, questions presented | 0.25 |
| 7/30/2018 | Emails w/co-counsel, call w/co-counsel re: strategy | 0.50 |
| 8/9/2018 | Emails re: 3d Cir. admission for Brian Hauss | 0.08 |
| 8/10/2018 | Editing statement of issues on appeal | 0.20 |
| 8/20/2018 | Finalizing and filing case opening documents | 0.77 |
| 8/20/2018 | Reviewing case opening docs | 0.28 |
| 8/20/2018 | Team strategy call plus follow-up | 1.17 |
| 8/27/2018 | Team strategy calls, emails | 1.00 |
| 8/27/2018 | Entering appearance | 0.18 |
| 8/27/2018 | Outreach to prospective amici | 0.67 |
| 8/27/2018 | Reviewing trial transcript | 0.75 |
| 8/28/2018 | Reviewing trial transcript | 2.83 |
| 9/4/2018 | Emails to amici | 1.50 |
| 9/8/2018 | Legal research for appeal | 0.70 |
| 9/11/2018 | Legal research for appeal | 2.28 |
| 9/12/2018 | Emails re: amicus briefs | 0.52 |
| 9/12/2018 | Legal research for appeal | 2.22 |
| 9/12/2018 | Team strategy call | 0.37 |
| 9/13/2018 | Legal research for appeal | 3.73 |
| 9/14/2018 | Conversation w/Center for Inquiry and American Atheists | 0.67 |
| 9/14/2018 | Call w/co-counsel | 0.33 |
| 9/17/2018 | Team call | 0.50 |
| 9/21/2018 | Emails w/Reporters Committee re: briefing schedule | 0.12 |
| 10/4/2018 | Emails re: extension of briefing schedule | 0.17 |
| 10/5/2018 | Emails re: motion for extension | 0.17 |
| 10/8/2018 | Emails to opposing counsel re: appendix and motion for extension | 0.12 |
| 10/11/2018 | Conversation with client | 0.60 |
| 10/11/2018 | Conversation with potential amici + follow-up | 0.60 |
| 10/11/2018 | Finalizing and filing motion for extension | 0.50 |
| 10/15/2018 | Drafting outline of appellant's brief | 5.78 |
| 10/16/2018 | Editing outline, team call re: strategy | 0.80 |
| 10/17/2018 | Emails re: dividing up additional research tasks | 0.80 |
| 10/18/2018 | Conversation w/Schnader associate | 0.12 |
| 10/22/2018 | Team emails re: strategy | 0.23 |
| 10/29/2018 | Team call re: appendix, brief outline | 0.83 |
| 10/29/2018 | Editing Schnader associate outline | 0.08 |
| 10/29/2018 | Emails re: appendix contents | 0.30 |
| 10/29/2018 | Emails re: potential amicus brief | 0.13 |
| 11/2/2018 | Reviewing appendix list | 1.43 |

| 11/5/2018 | Conversation w/co-counsel | 0.07 |
|---|---|---|
| 11/12/2018 | Strategy call w/Ben Wanger | 0.25 |
| 11/14/2018 | Team meeting w/Ben Wanger and Rachel Horton | 1.12 |
| 11/19/2018 | Drafting appellant's brief | 0.22 |
| 11/19/2018 | Team strategy call | 0.33 |
| 11/20/2018 | Research for appellate brief | 1.02 |
| 11/21/2018 | Drafting appellate brief | 5.72 |
| 11/22/2018 | Drafting brief, editing fact section | 1.50 |
| 11/23/2018 | Drafting brief, editing fact section | 4.47 |
| 11/24/2018 | Drafting brief, editing fact section | 4.30 |
| 11/25/2018 | Drafting brief | 11.13 |
| 11/26/2018 | Team call re: strategy | 0.23 |
| 11/27/2018 | Editing brief | 2.90 |
| 11/27/2018 | Emails, calls w/co-counsel | 0.38 |
| 11/28/2018 | Editing brief | 3.60 |
| 11/29/2018 | Email to Third Circuit practitioner with question re: appendix rules | 0.17 |
| 11/29/2018 | Email to co-counsel re: joint appendix and local rules | 0.67 |
| 11/29/2018 | Reviewing Schnader's edits to the brief | 0.33 |
| 11/29/2018 | Revising brief - incorporating Schnader's and my edits | 2.48 |
| 11/29/2018 | Team call | 0.55 |
| 11/30/2018 | Conversation w/co-counsel | 0.08 |
| 11/30/2018 | Drafting appellant's brief - marrying edits | 0.27 |
| 11/30/2018 | Drafting section of brief dealing with Lehman, reviewing relevant precedents | 0.67 |
| 11/30/2018 | Printing cases, making case binder for argument | 1.18 |
| 11/30/2018 | Reading Playboy Entertainment case, editing strict scrutiny analysis | 1.67 |
| 11/30/2018 | Reading cases on Hecklers' veto, editing brief | 1.30 |
| 11/30/2018 | Reading cases on closing the forum, editing brief | 1.65 |
| 11/30/2018 | Reviewing new draft of brief -- edits to case summary, statement of facts, summary of argument | 2.00 |
| 12/1/2018 | Editing brief -- summary of argument, viewpoint discrimination sections | 1.25 |
| 12/2/2018 | Editing brief - reasonableness section | 1.80 |
| 12/2/2018 | Editing brief - designated public forum section | 2.63 |
| 12/2/2018 | Editing brief - incorporating line edits | 1.50 |
| 12/2/2018 | Editing brief - incorporating line edits - summary of argument | 0.53 |
| 12/2/2018 | Editing brief - viewpoint discrimination section | 2.87 |
| 12/3/2018 | Editing joint appendix designation | 0.20 |
| 12/3/2018 | Reading new brief draft | 5.75 |
| 12/3/2018 | Team call re: finalizing brief, inserting JA cites, finalizing JA | 0.75 |
| 12/5/2018 | Editing brief, filling in missing record citations | 8.90 |
| 12/5/2018 | Reviewing the final JA | 0.30 |
| 12/6/2018 | Editing opening brief | 5.22 |
| 12/7/2018 | Editing opening brief - reasonableness section | 3.18 |
| 12/7/2018 | Editing briefs - facts and viewpoint discrimination | 6.50 |
| 12/8/2018 | Adding JA cites to appellant's brief | 1.62 |
| 12/9/2018 | Emailing opposing counsel re: the joint appendix | 0.08 |

| | | |
|---|---|---|
| 12/9/2018 | Final edits to the appellate brief | 1.25 |
| 12/9/2018 | Reviewing Brian Hauss's edits | 0.38 |
| 12/10/2018 | Checking local rules re: brief requirements | 0.33 |
| 12/10/2018 | Conversations with co-counsel | 0.23 |
| 12/10/2018 | Final substantive review of the appellant's brief | 5.37 |
| 12/11/2018 | Call w/co-counsel re: finalizing the brief and JA | 0.33 |
| 12/11/2018 | Checking cites in the appellant's brief | 0.33 |
| 12/11/2018 | Finalizing the JA | 0.37 |
| 12/11/2018 | Finalizing opening brief | 0.22 |
| 12/13/2018 | Refiling appendix | 0.27 |
| 12/17/2018 | Team, client emails re: strategy | 0.12 |
| 2/12/2019 | Conversations w/co-counsel re: reply deadline | 0.07 |
| 2/12/2019 | Research on reply deadlines and extensions | 0.17 |
| 2/14/2019 | Outlining reply brief | 3.78 |
| 2/14/2019 | Team call, follow-up emails | 0.28 |
| 2/20/2019 | Outlining reply brief | 1.18 |
| 2/21/2019 | Outlining reply brief | 0.42 |
| 2/21/2019 | Team call re: strategy | 0.63 |
| 2/25/2019 | Drafting reply brief - nonpublic forum section | 3.03 |
| 2/25/2019 | Drafting reply brief - vagueness  section | 1.05 |
| 2/25/2019 | Reading cases on forum analysis | 0.50 |
| 2/26/2019 | Reading cases on forum analysis | 2.85 |
| 2/27/2019 | Drafting reply brief - nonpublic forum section | 2.30 |
| 2/27/2019 | Reading cases on nonpublic forum doctrine | 0.67 |
| 2/27/2019 | Team call, plus follow-up email | 0.13 |
| 2/28/2019 | Call w/co-counsel re: Perry Educ'n Ass'n case | 0.08 |
| 2/28/2019 | Drafting reply brief | 5.00 |
| 3/1/2019 | Drafting reply brief | 5.45 |
| 3/2/2019 | Drafting reply brief | 7.62 |
| 3/3/2019 | Drafting reply brief | 1.35 |
| 3/4/2019 | Drafting reply brief | 3.23 |
| 3/4/2019 | Drafting reply brief - intro and conclusion | 1.10 |
| 3/5/2019 | Drafting reply brief - intro and conclusion | 0.88 |
| 3/5/2019 | Team call to discuss reply draft | 0.02 |
| 3/8/2019 | Emails re: reply brief | 0.27 |
| 3/10/2019 | Emails re: reply brief edits | 0.07 |
| 3/10/2019 | Reviewing and incorporating edits to reply brief | 1.17 |
| 3/11/2019 | Reviewing additional edits to the reply brief | 9.32 |
| 3/15/2019 | Reviewing edits to reply brief | 1.50 |
| 3/18/2019 | Editing reply - final | 2.07 |
| 3/18/2019 | Filing reply brief | 0.12 |
| 3/19/2019 | Emails w/team re: oral argument, moots | 0.22 |
| 4/2/2019 | Call w/co-counsel re: argument prep, follow-up email | 0.28 |
| 4/2/2019 | Completing acknowledgement of argument form | 0.07 |
| 4/2/2019 | Filing acknowledgement of argument | 0.05 |
| 4/2/2019 | Notifying client of oral argument date | 0.02 |
| 4/8/2019 | Prep for and attend team call | 0.25 |

| | | |
|---|---|---|
| 4/8/2019 | Drafting argument outline | 0.25 |
| 4/11/2019 | Emails w/client re: oral argument | 0.17 |
| 4/15/2019 | Team call | 0.05 |
| 4/23/2019 | Team check-in | 0.07 |
| 4/29/2019 | Oral argument prep | 0.13 |
| 4/30/2019 | Emails re: moots | 0.83 |
| 4/30/2019 | Team call re: strategy | 0.28 |
| 5/1/2019 | Drafting oral argument outline | 1.68 |
| 5/2/2019 | Reaching out to attorneys re: participating in moots | 0.42 |
| 5/6/2019 | Emailing attorney mooters | 0.33 |
| 5/6/2019 | Oral argument prep | 1.63 |
| 5/7/2019 | Oral argument prep | 0.35 |
| 5/7/2019 | Call w/co-counsel | 0.63 |
| 5/8/2019 | Oral argument prep | 1.65 |
| 5/8/2019 | Team meeting - oral argument prep | 1.25 |
| 5/9/2019 | Oral argument prep | 0.73 |
| 5/10/2019 | Oral argument prep | 4.48 |
| 5/11/2019 | Oral argument prep | 0.50 |
| 5/12/2019 | Oral argument prep | 0.75 |
| 5/13/2019 | Prep for oral argument | 3.65 |
| 5/14/2019 | Prep for oral argument | 4.18 |
| 5/14/2019 | Email to co-counsel w/updates | 0.08 |
| 5/15/2019 | Oral argument prep | 4.13 |
| 5/16/2019 | Oral argument prep | 3.95 |
| 5/17/2019 | Oral argument prep | 5.55 |
| 5/20/2019 | Prepping outline and Q&A for sharing | 4.07 |
| 5/21/2019 | Oral argument prep | 0.37 |
| 5/22/2019 | Oral argument prep | 1.67 |
| 5/23/2019 | Oral argument prep | 6.27 |
| 5/24/2019 | Prep for oral argument | 1.18 |
| 5/28/2019 | Prep for oral argument | 1.53 |
| 5/28/2019 | Reviewing co-counsel's comments on oral arg. outline | 0.27 |
| 5/29/2019 | Moot #1 | 2.70 |
| 5/29/2019 | Oral argument prep | 1.58 |
| 5/30/2019 | Drafting and filing summary of issues | 0.67 |
| 5/30/2019 | Emails w/co-counsel about oral argument | 0.02 |
| 5/30/2019 | Prep for moot | 1.17 |
| 5/31/2019 | ECF filing | 0.02 |
| 6/1/2019 | Prep for oral argument | 0.22 |
| 6/2/2019 | Prep for oral argument | 3.25 |
| 6/3/2019 | Prep for moot | 9.00 |
| 6/4/2019 | Prep for moot | 10.08 |
| 6/4/2019 | Moot No. 2 | 3.00 |
| 6/5/2019 | Oral argument prep - revising outline | 4.23 |
| 6/5/2019 | Oral argument prep - listening to moot no. 2, revising outline | 0.33 |
| 6/6/2019 | Oral argument prep | 7.52 |
| 6/7/2019 | Oral arg. prep | 6.05 |

| | | |
|---|---|---|
| 6/8/2019 | Oral argument prep | 5.05 |
| 6/9/2019 | Oral argument prep | 2.27 |
| 6/10/2019 | Oral argument prep | 7.35 |
| 6/11/2019 | Oral argument prep | 7.25 |
| 6/12/2019 | Oral argument - in court | 3.00 |
| 6/12/2019 | Post-argument debrief with team | 1.00 |
| 6/13/2019 | Listening to oral argument | 1.27 |
| 6/26/2029 | Emails re: 28j letter | 0.15 |
| 6/27/2019 | Editing 28j letter | 0.33 |
| 6/27/2019 | Finalizing and filing 28j letter | 0.63 |
| 7/2/2019 | Reading COLTS' 28j letter | 0.12 |
| 7/15/2019 | Reading case for possible 28j letter | 0.42 |
| 9/17/2019 | Call w/client | 0.08 |
| 9/17/2019 | Reading Third Circuit opinion | 0.83 |
| 9/18/2019 | Research on fee petition | 0.60 |
| 9/20/2019 | Calls w/co-counsel | 0.08 |
| 9/20/2019 | Compiling fees | 0.25 |
| 9/23/2019 | Preparing fee demand | 2.20 |
| 9/24/2019 | Compiling fees | 1.70 |
| 9/25/2019 | Compiling fees | 0.10 |
| 3/3/2020 | Editing fee petition | 1.10 |
| 3/3/2020 | Editing fee petition | 0.60 |
| 3/9/2020 | Time sheets | 0.80 |
| 3/11/2020 | Editing fee petition | 0.10 |
| 3/11/2020 | Editing fee petition | 0.10 |
| 3/12/2020 | Call re: fee petition plus follow-up emails | 0.60 |
| 3/12/2020 | Editing fee declaration | 0.70 |
| 3/12/2020 | Editing fee declaration | 1.30 |
| 3/12/2020 | Editing fee declaration and reviewing time records for privilege | 0.10 |
| 3/12/2020 | Editing fee declaration and reviewing time records for privilege | 0.40 |
| 3/13/2020 | Reviewing Hauss declaration | 0.10 |
| 3/14/2020 | Reviewing expert declarations supp fee petition, emails re: rates | 0.20 |
| 3/14/2020 | Reviewing expert declarations supp fee petition, emails re: rates | 0.10 |
| 3/14/2020 | Adjusting rates and recalculating lodestar in fee petition | 1.00 |
| 3/14/2020 | Reviewing time records for privilege, shorthand, etc. | 0.50 |
| 3/14/2020 | Reviewing time records for privilege, shorthand, etc. | 0.20 |
| 3/14/2020 | Reviewing time records for privilege, shorthand, etc. | 0.70 |
| 3/15/2020 | Updating time records | 0.40 |
| 3/18/2020 | Reviewing Schnader's timesheets, editing fee petition, emails to declar | 1.70 |
| | **TOTAL** | **734.31** |