# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **N.E. PENNSYLVANIA** | : | |
| **FREETHOUGHT SOCIETY** | : | **Civil No. 3:15-CV-833** |
| | : | |
| **Plaintiff,** | : | **(Judge Mannion)** |
| | : | |
| **vs.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| **COUNTY OF LACKAWANNA** | : | |
| **TRANSIT SYSTEM,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 14th day of October 2020 following a settlement conference held today which narrowed the differences between the parties, **IT IS HEREBY ORDERED THAT** the parties consult among themselves and with each other regarding the plaintiff's last proposal and the mediator suggestions made at the conference and on or before **October 28, 2020** submit a joint status report to the court by *electronic mail*, at:

Chambers_of_Magistrate_Judge_Martin_Carlson@pamd.uscourts.gov

advising us of the status of their negotiations and whether further settlement discussions with the court would be helpful in resolving this fees dispute.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge