IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHEASTERN PENNSYLVANIA FREETHOUGHT SOCIETY,<br><br>             Plaintiff,<br><br>   v.<br><br>COUNTY OF LACKAWANNA TRANSIT SYSTEM,<br><br>             Defendant. | Civil Action No. 3:15-CV-00833-MEM<br><br>(Judge Mannion) |

## **PRAECIPE TO WITHDRAW FEE PETITION**

Pursuant to the parties' Settlement Agreement and General Release, Plaintiff withdraws with prejudice its Motion for Award of Attorney's Fees and Costs Pursuant to 42 U.S.C. § 1988 (Document No. 99).

Dated: December 14, 2020   Respectfully Submitted,

/s/ Stephen J. Shapiro
Theresa E. Loscalzo (Pa. Id. No. 52031)
Stephen J. Shapiro (Pa. Id. No. 83961)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
sshapiro@schnader.com
(215) 751-2000